# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 99-00857 SJO |
| Date | February 12, 2019 |

Present: The Honorable S. James Otero

Interpreter: Not Required

| Victor Cruz | Not Present | David Chao |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Daniel Roybal Toscano | not | xx | | Adam Olin, DFPD | not | xx | |

**Proceedings:** IN CHAMBERS

The Court denies the Motion to Dismiss [ECF No. 74] as moot.

CC: PROBATION OFFICE

Initials of Deputy Clerk: vpc